*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, BROWN, and GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Zacharia C. YUCIS**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202300044**

_____

Decided: 16 January 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Melanie J. Mann (arraignment)
Andrea C. Goode (trial)
Eric A. Catto (entry of judgment)

Sentence adjudged 6 October 2022 by a general court-martial tried at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eleven months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Daniel C. LaPenta, JAGC, USN*

---

[1] Appellant was credited with serving 257 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error and Appellant not having challenged the factual sufficiency of his convictions, we have determined that the findings are correct in law and that the sentence is correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202300044 |
| v. | **ENTRY**<br>**OF**<br>**JUDGMENT** |
| **Zachariah C. YUCIS**<br>**Private First Class (E-2)**<br>**U.S. Marine Corps**<br><br>*Accused* | *As Modified on Appeal*<br><br>**16 January 2025** |

On 6 October 2022, the Accused was tried at Marine Corps Base, Kanehoe Bay, Hawaii, by a general court-martial, consisting of a military judge sitting alone. Military Judge Andrea C. Goode presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:**   **Violation of Article 81, Uniform Code of Military Justice, 10 U.S.C. § 881.**

>   *Plea:* Not Guilty.
>   *Finding:* Withdrawn and dismissed.

**Specification 1:**   **Conspiracy to distribute a controlled substance between on or about 1 November 2021 and on or about 21 February 2022.**

>   *Plea:* Not Guilty.
>   *Finding:* Withdrawn and dismissed.

**Charge II:**   **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

>   *Plea:* Guilty.
>   *Finding:* Guilty.

**Specification 1:**   **Wrongful distribution of cocaine on divers occasions between on or about 1 November 2021 to on or about 21 February 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **Wrongful use of cocaine on divers occasions between on or about 1 November 2021 to on or about 21 February 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Wrongful use of Ecstasy on divers occasions between on or about 1 November 2021 to on or about 21 February 2022.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge III:** **Violation of Article 115, Uniform Code of Military Justice, 10 U.S.C. § 915.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 1:** **Communicating a threat between on or about 1 September 2021 and on or about 1 October 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification 2:** **Communicating a threat on or about 16 February 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge IV:** **Violation of Article 128 Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification:** **Assault upon a person in execution of law enforcement duties on or about 16 February 2022.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge V:** **Violation of Article 87a, Uniform Code of Military Justice, 10 U.S.C. § 887a.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Resisting apprehension on or about 16 February 2022.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge VI:** **Violation of Article 109, Uniform Code of Military Justice, 10 U.S.C. § 909.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Damaging non-military property on or about 16 February 2022.**

> *Plea:* Guilty, excepting the words "a fridge and".
> *Finding:* Guilty excepting the words "a fridge and". The excepted language was withdrawn and dismissed.

## SENTENCE

On 6 October 2022, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement**

*For Specification 1 of Charge II:*
    confinement for 11 months.

*For Specification 2 of Charge II:*
    confinement for 2 months.

*For Specification 3 of Charge II:*
    confinement for 2 months.

*For the Specification of Charge V:*
    confinement for 8 months.

*For the Specification of Charge VI:*
    confinement for 10 days.

The terms of confinement will run concurrently.

**Confinement for a total of 11 months.**

**A bad-conduct discharge.**

The Accused shall be credited with 257 days of pretrial confinement.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court